UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

RONALD ZEBROWSKI,

                      Petitioner,

  -against-                                9:05-CV-1287
                                                          (LEK/VEB)

MICHAEL J. GAINES, Chairman of
the U.S. Parole Board Commission,
WARDEN, F.C.I. Ray Brook,

                      Respondents.

## **DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on August 11, 2008, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 10).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Bianchini's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 10) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

  **ORDERED**, that Zebrowski's Petition (Dkt. No. 1) is **DISMISSED in its entirety**; and it is further

  **ORDERED**, that no Certificate of Appealability shall issue with regard to any of Petitioner's claims; and it is further

  **ORDERED**, that the Clerk serve a copy of this Order on all parties.

  **IT IS SO ORDERED**.

DATED:  September 15, 2008
      Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge